UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEYOINTA M. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1339** |
| **THE HONORABLE EDWARD A. DUFRESNE, JR., ET AL.** | **SECTION "I" (1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Keyointa M. Martin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 5th day of August, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**